# UNITED STATES BANKRUPTCY COURT
## *Central District of California*

| Debtor(s) Name: | For Court Use Only | FILED |
|---|---|---|
| **Plaintiff** HOUSE2HOME, INC. REORGANIZED D | | SEP 09 2004 |
| **Defendant** WATER WONDERS, INC. | | CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY   TAU   DEPUTY CLERK |
| Chapter: 11  Case Number: SA01-19244-JB  Adversary Number: SA03-02374-JB | **ORDER CLOSING ADVERSARY PROCEEDING** | |

The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.

*By Order of the United States Bankruptcy Court*

Date: 09/09/2004

**Jon D. Ceretto**
*Clerk of Court*

*6 /TAU*